IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JUAN CASTELLANOS-FLORES,

Petitioner,

v.

WARDEN ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-03959-JMS-DFM

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the court has reviewed the 28 U.S.C. § 2241 Petition regarding Petitioner Juan Castellanos-Flores, as well as the record and filings in this case, along with the Magistrate Judge's July 23, 2026 Report and Recommendation. No party filed objections to the Report and Recommendation within the time permitted. *See* ECF No. 12 at PageID#:48. The court accepts the recommendations of the Magistrate Judge. Accordingly, IT IS ORDERED:

1. The July 23, 2026 Report and Recommendation is ACCEPTED;

2. The Petition, ECF No. 1, is GRANTED in part such that, within seven days of this order, Respondents shall either provide Petitioner Juan Castellanos-

Flores a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), or release Petitioner from custody;

3. Petitioner's request for immediate release is DENIED WITHOUT PREJUDICE as set forth in the Report and Recommendation. *See Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1213–14 (9th Cir. 2022);

4. Respondents shall file a Notice of Compliance, confirming their compliance with the court's order, within three court days of the bond hearing or of Petitioner's release, whichever occurs first. After such confirmation is received, judgment will be entered consistent with this Order.

DATED: July 29, 2026.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge