UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03959-JMS-DFM | Date: | August 7, 2026 |
| Title | Juan Castellanos-Flores v. Warden Adelanto ICE Processing Center et al. | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Petitioner: | Attorney(s) for Respondents: |
| Not Present | Not Present |
| **Proceedings:** | **(IN CHAMBERS) Order re: Further Proceedings** |

On July 15, 2026, Petitioner filed a counseled Petition for Writ of Habeas Corpus, challenging his civil immigration detention under the Fifth Amendment and 8 U.S.C. § 1226(a). See Dkt. 1. On July 22, Respondents filed a response, stating that Petitioner appears to be a member of the Bautista Bond Eligible Class entitled to, at most, a § 1226(a) bond hearing before an immigration judge (an "IJ"). See Dkt. 10.

On July 23, 2026, I issued a Report and Recommendation, recommending the District Judge grant in part the Petition and order Respondents to provide Petitioner with a § 1226(a) bond hearing within seven (7) days, or release him. See Dkt. 12 ("R&R").

On July 29, 2026, the District Judge accepted the R&R, granting the Petition in part and ordering Respondents to provide Petitioner with an individualized bond hearing before an IJ under § 1226(a) within seven (7) days, or release him. See Dkt. 13. The District Judge ordered Respondents to file a Notice of Compliance within three (3) court days of the bond hearing or of Petitioner's release, whichever occurs first. See Dkt. 14. The District Judge stated that after such confirmation, judgment would be entered. See id.

On August 5, 2026, Respondents filed the Notice of Compliance. See Dkt. 14. According to the Notice, Petitioner was provided with a bond hearing before an IJ on August 3, 2026. See Dkt. 14. The IJ's order reflects that Petitioner's request for a change in custody status was "withdrawn without prejudice," as Petitioner "did not have his supporting documentation ready, was not otherwise ready to proceed today, and requested additional time." Dkt. 14-1. The IJ's Order states that "[t]he date by which [Petitioner] will be ready is presently unknown. The Court explained to [Petitioner] how he can renew the bond request once he's ready." Id.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Within seven (7) days of the date of this Order, Petitioner's counsel may file a reply to Respondents' Notice of Compliance.

IT IS SO ORDERED.