JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JUAN CASTELLANOS-FLORES,

Petitioner,

v.

WARDEN ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-03959-JMS-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge (Dkt. 13),

IT IS ADJUDGED that the Petition is granted in part. Petitioner's request for immediate release is DENIED without prejudice.

Date: September 2, 2026.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge